UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCY CLARK,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROSENTHAL; KEVIN MCCLANAHAN,<br><br>Defendants. | CASE NO. 2:26-cv-01441-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. Plaintiff filed an application to proceed in forma pauperis (IFP) on April 27, 2026. Dkt. # 1. On April 28, 2026, the Court sent notice of filing deficiencies to Plaintiff. Dkt. # 2. The notice identified two filing deficiencies—Incorrect IFP Submitted and Civil Cover Sheet Omitted—and informed Plaintiff that the deficiencies must be corrected by May 28, 2026. *Id.* Plaintiff has not filed a corrected IFP application or otherwise addressed these deficiencies. *See generally* Dkt. Thus, Plaintiff's case is DISMISSED without prejudice.

//

//

//

Dated this 21st day of August, 2026.

John H. Chun
United States District Judge